1   ANDRÉ BIROTTE JR.
    United States Attorney
2   SANDRA R. BROWN
    Assistant United States Attorney
3   Chief, Tax Division                    E-FILED 10/04/2012
    VALERIE L. MAKAREWICZ(SBN 229637)
4   Assistant United States Attorney       JS-6
      Room 7211, Federal Building
5     300 North Los Angeles Street
      Los Angeles, California  90012
6   Telephone:  (213) 894-2729
    Facsimile:  (213) 894-0115
7   E-mail: valerie.makarewicz@usdoj.gov

8   Attorneys for Plaintiff, the
    United States of America

9

10                  UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

13
    UNITED STATES OF AMERICA        )  Case No. CV 12-5349 GHK MRW
14                                  )
              Plaintiff,            )  [PROPOSED] JUDGMENT AGAINST
15                                  )  DEFENDANT FOR FAILURE TO HONOR
                                    )  INTERNAL REVENUE SERVICE LEVY
16       vs.                        )  AND GRANTING STIPULATION OF
                                    )  FACTS AND TO SET ASIDE DEFAULT
17  O'DONNELL & ASSOCIATES PC,      )  OF DEFENDANT
                                    )
18            Defendant.            )
                                    )
19  _____)

20      Based upon the joint stipulation submitted by the parties, and

21  for good reason appearing thereon, the Court hereby finds the

22  following:

    **FINDING OF FACTS**

23      1.  On June 20, 2012, the United States brought a civil action

24  pursuant to 26 U.S.C. § 6332(d)(1) to collect a liability of the

25  defendant, O'DONNELL & ASSOCIATES PC, for its failure to honor an

26  Internal Revenue Service levy served upon it with respect to the

27  unpaid Federal income tax liabilities incurred by taxpayer Steven

28

                                    1

1  J. Aaronoff ("taxpayer") for the tax years 2002, 2003, 2004, and

2  2005, inclusive ("subject tax liabilities").

3     2.  Defendant O'DONNELL & ASSOCIATES PC, has principal

4  offices located in Los Angeles County at 800 Wilshire Boulevard,

5  Ste. 500, Los Angeles, CA 90015, and its agent for service of

6  process is Pierce O'Donnell, Esq.

7     3.  On or about December 6, 2010, a delegate of the Secretary

8  of the Treasury served upon defendant O'DONNELL & ASSOCIATES PC by

9  mail a "Notice of Levy" and a "Notice of Levy on Wages, Salary, or

10 Other Income" (Treasury Forms 668-A and 668-W), in the amount of

11 $244,679.16[1] to satisfy the income tax assessments of the taxpayer,

12 whereby all property and rights to property belonging to taxpayer

13 were seized and defendant O'DONNELL & ASSOCIATES PC became

14 obligated to turn over to the United States all property and rights

15 to property in its possession then belonging and thereafter

16 accruing to the taxpayer.

17    4.  On or about January 26, 2011, a delegate of the Secretary

18 of the Treasury personally served upon defendant O'DONNELL &

19 ASSOCIATES PC, a "Final Demand for Payment" (Treasury Form 668-C),

20 to remit to the United States all property and rights to property

21 belonging to taxpayer which were seized, and defendant became

22 obligated to turn over to the United States, when the levies

23 described in paragraph 3, above, above was served.

24    5.  Despite service of the Notices of Levy, and the

25 subsequent Final Demand for payment, as described in paragraphs 3

26 _____

27 [1]  This total amount includes the interest and statutory
   additions which had accrued on the subject tax liabilities
28 through January 5, 2011.

2

and 4 above, defendant O'DONNELL & ASSOCIATES PC failed to surrender to the United States all the property or rights to property in its possession then belonging to and/or thereafter accruing to the taxpayer.

6.   The taxpayer was paid compensation for services rendered to defendant O'DONNELL & ASSOCIATES PC from the time between December 6, 2010, the date of service of the Notices of Levy, onward, in the total amount of $84,000.00 over 8 bi-weekly pay periods.

7.   As such, pursuant to the Notices of Levy issued to defendant O'DONNELL & ASSOCIATES PC on December 6, 2010, defendant should have turned over to the Internal Revenue Service every bi-weekly paycheck that was owed to taxpayer, Steven J. Aaronoff, pursuant to the Notices of Levy dated December 6, 2010.  Thus, during this time period from December 6, 2010 and onward, defendant O'DONNELL & ASSOCIATES PC should have, but failed to, turn over to the Internal Revenue Service a total of $84,000.00.

8.   As provided by 26 U.S.C. § 6332(d)(1), defendant O'DONNELL & ASSOCIATES PC, is liable in its own right for such sums not turned over to the United States pursuant to the Notices of Levy in the amount of $84,000.00, plus statutory interest thereon from the date of the levies made on December 6, 2010.

9.  Defendant O'DONNELL & ASSOCIATES PC's failure to surrender to the United States the funds it paid the taxpayer from the time the Notices of Levy were served on December 6, 2010 to the present is without reasonable cause.  Therefore, pursuant to 26 U.S.C. § 6332(d)(2), defendant O'DONNELL & ASSOCIATES PC is liable for a penalty equal to 50 percent of the amount recoverable pursuant to

1   the Notices (here, $84,000.00), which in this case, is in the

2   amount of $42,000.00.

3   **SET ASIDE DEFAULT ENTERED BY CLERK**

4       10.   Pursuant to Fed. R. Civ. P. 55(c), the Court hereby sets

5   aside the entry of default made by the Clerk of the Court on

6   September 6, 2012 against defendant O'DONNELL & ASSOCIATES PC.

7   **JUDGMENT**

8       11.   Judgment in the amount of **$126,000.00** is hereby entered

9   against defendant O'DONNELL & ASSOCIATES PC.

10          A.   The total amount of the judgment of $126,000.00

11   includes 1) the amount defendant should have turned over to the

12   Internal Revenue Service from every bi-weekly paycheck that was

13   owed to taxpayer, Steven J. Aaronoff, from December 6, 2010 onward

14   pursuant to the Notices of Levy dated December 6, 2010, which

15   totals **$84,000.00**, plus 2) the 50% penalty under 26 U.S.C. §

16   6332(d)(2) of the amount recoverable pursuant 26 U.S.C. §

17   6332(d)(1)(here, $84,000.00), for a penalty amount of **$42,000.00**.

18       12.   The Government shall have statutory interest according to

19   the statutory rate set, in compliance with 26 U.S.C. §§ 6621 and

20   6332(d)(1), which will continue to accrue until the judgment amount

21   ($126,000.00) is paid in full by defendant O'DONNELL & ASSOCIATES

22   PC.

23       13.   Defendant O'DONNELL & ASSOCIATES PC is liable for the

24   penalty under 26 U.S.C. § 6332(d)(2) related to the levies served

25   upon it as referenced in paragraph 3, above.

26   ///

27   ///

28   ///

4

14. The parties shall bear their own costs associated with this case.

**IT IS SO ORDERED.**

DATED: 10/4/12

_____

GEORGE H. KING
United States District Judge

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____ 9/27/12

VALERIE L. MAKAREWICZ
Assistant United States Attorney

5